IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-CR-88-BO-6

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DAVID PRADO ) | |

This matter is before the Court on defendant's *pro se* motion to be relocated to a residential reentry center (RRC) in South Carolina. [DE 440]. Exclusive authority over a federal prisoner's place of imprisonment is vested in the Federal Bureau of Prisons. 18 U.S.C. § 3621(b). While 18 U.S.C. § 3624 expands the Bureau's authority to place prisoners in RRCs, it does not give the Court that authority. 18 U.S.C. § 3624(c). Thus, the Court lacks the authority to direct the Bureau of Prisons to allow defendant to serve his sentence in a particular RRC, whether in South Carolina or not, and the motion is DENIED.

SO ORDERED, this 22 day of September, 2018.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE